JAN EDWARD RONIS
California State Bar No. 51450
105 West F Street, 3rd Floor
San Diego, California 92101
Telephone: (619)236-8344
Facsimile: (619)639-8860
jan@ronisandronis.com

Attorney for Defendant
Ruben Andre Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN ANDRE GARCIA, <br><br> Defendant. | Case No. 19-cr-04488-JLS-3 <br><br> SUPPLEMENTAL SENTENCING DOCUMENTS |

  The Defendant, RUBEN ANDRE GARCIA, by and through his attorney JAN EDWARD RONIS, hereby files the following supplemental sentencing documents. Attached hereto are letters in support of Mr. Garcia.

                Respectfully submitted,

Dated: June 11, 2021        *s/ Jan Edward Ronis*
                JAN EDWARD RONIS
                Attorney for Defendant Garcia



Delaina Contreras <rdcontreras@gmail.com>

---

# FW: Ruben Garcia
6 messages

---

**Gretchen von Helms** <gvh@ronisandronis.com>                    Fri, Jun 11, 2021 at 2:22 PM
To: Delaina Contreras <rdcontreras@gmail.com>, Jan Ronis <jan@ronisandronis.com>, Marisa Ronis <marisa@ronisandronis.com>

Letter print for filing

---

**From:** gracelemusm@gmail.com <gracelemusm@gmail.com>
**Sent:** Thursday, June 10, 2021 9:38 PM
**To:** Gretchen von Helms <gvh@ronisandronis.com>
**Subject:** Ruben Garcia

June 10, 2021

TO WHOM IT MAY CONCERN:

At. Gretchen Christina Von Helms

Attorney at Law

At the request of the detainee Ruben Garcia, I hereby transmit this email to you to inform you about his conduct at the Western Region Detention Facility/Geo group.

Ruben Garcia arrived at this detention center in October/November 2019. Within a couple of weeks of his arrival, he began attending Christian services in chapel whenever his group was scheduled for religious service. He was immediately resolute in initiating his relationship with God.

During almost two years of being in this detention center, he has taken correspondence courses with prison ministries recommended by me. Just to mention a few, Gospel Echoes Team, he earned 8 diplomas by finishing the full course; Prisoners for Christ Outreach Ministries, diploma of completion of unit 1; Crossroads Prison Ministries, unit 1 completion diploma.

Apart from his correspondence studies he has always been very constant in reading and studying the material I provide; as well as receiving pastoral counseling by me multiple times.

His conduct has been admirable, and I can recognize the transformation God has made in his life. He has never had problems with staff or other detainees. He has conducted himself all this time in a very respectable and peaceful manner with everyone.

His return to the public will by no means endanger our society, all the contrary, I am sure his family, friends and

community will benefited by his Godly conduct.

It is not our policy to give a letter of recommendation to any detainee even if they deserved it, but in Ruben's case, I have done an exception because I have ministered him for almost two years and I have no hesitation in giving this information of his excellent conduct in this center.

For the reason given above, I am sending you this email through my personal email.

Respectfully,


Chaplain Grace Lemus

WRDF/GEO GROUP

---

**Delaina Contreras** <rdcontreras@gmail.com>  Fri, Jun 11, 2021 at 2:25 PM
To: Gretchen von Helms <gvh@ronisandronis.com>

Thank you.

R. Delaina Contreras
209.489.7784
[Quoted text hidden]

Alexie Perez

Chicago, IL

June 8, 2021

To Whom It May Concern:

     I am writing on the behalf of Ruben Andre Garcia. Andre is my best friend's older brother. Alisson and I have been friends since the age of 12. We have been childhood friends for almost a decade and growing up together I got to witness the care of an older brother Andre was growing up. He always inspired us to do better, becoming independent and create a good life for ourselves. Through the years, I saw how Andre was a hard working son, protective brother and responsible friend. With great desire, I hope to welcome him to Chicago where he can become the best version of himself and proceed to demonstrate all the characteristics of the older brother and son that he was.

Thank you,

Alexie Perez

Ryan Tucker

6530 Reflection Drive Apt 2374

San Diego, CA 92124

05/27/2021

Re: Ruben A. Garcia

To: The Honorable Judge Sammartino,

My name is Ryan Tucker, and I am a Psychiatric Mental Health Nurse Practitioner. I have known Ruben for the past 3 years. I was both troubled and surprised to hear about this case against Ruben as I have always known him to be a rather outstanding person. It is for this reason I am happy to write a letter of reference for Ruben regarding this matter. I understand the seriousness of this matter however, but I hope the court will show some leniency.

I first met Ruben at the gym where I first witnessed his work ethic and dedication to not only improving himself but helping and encouraging others along the way. Throughout my time in knowing Ruben, I have been constantly impressed by his love, care, and willingness to help others, even at his own expense oftentimes expecting nothing in return. Whether it was buying dinner for someone because he knew that person didn't have time to eat throughout the day, providing encouraging words to someone who needed them, or simply being a trusted individual, this is the friend I know Ruben to be.

While I was surprised to hear about this case, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In my talks with Ruben since his incarceration he has continued to display his outstanding character. While being incarcerated he has gone back to school and has already completed several college level classes in hopes of being able to earn his degree and use it to help others once, and if, he is released. He has been a positive influence on those incarcerated with him, challenging them to be better themselves both physically and mentally. Finally, I believe the time he has spent in jail has given him valuable time to reflect on the decisions and choices he has made and is emerging from this experience as a better and more productive human being than when he arrived.

Although Ruben was used by his former boss for his own personal enrichment, it is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Ruben to be an honorable individual and a good human being.

Sincerely,

Ryan Tucker

James Pauta

5019 W. Byron St

Chicago, IL 60641


June 9, 2021

RE: Ruben Andre Garcia


To whom it may concern

     Andre and I grew up together for the better part of a decade and although we have become estranged over the years, we continue to support our families and come together for our sister, Alisson (Nikki) Pauta. Growing up, Andre was always ambitious and competitive and wanted to achieve in everything he sought out whether it being chess, his schoolwork, or soccer. However, as time went on, the realities of coming from not one but two broken homes had Andre to essentially fend for himself. All of us, myself included, come from lower middle-class families and despite our pursuits of higher education and hard work, our lives continue to be challenging as opportunities are seldom. Andre found opportunities on the west coast with his charisma and social skills and was able to make a decent living despite being far from his family. Strangely enough, he grew closer the further he was to his mother and Nikki, always making the effort to talk to them regularly, making up for the distance by still engaging and being involved as much as possible. I am not going to justify his actions or his role in what happened simply because I understand that the very nature of the pornographic industry exploits people. Even for the people who willing partake in it, the industry systemically functions in a way that feeds into all of us by offering the tempting superficiality of wealth, intimacy, fame etc. And now, Andre is going to be subjugated into another system, this one of justice and punishment. For every person prosecuted in these criminal cases, there is power that has the potential to destroy a person's humanity or keep it intact enough where a person can have essentially a second chance after being rehabilitated by active programs and initiatives to building a life away from crime. Sadly, many are denied these things but for the rest like Andre, there is still time, there is still hope. In situations like these, there needs to be an alternative. On the outside, there are family members doubtful that Andre will return, that he will be lost, eaten up by the machine and it is heartbreaking to think about. Whatever Andre does, I hope he does for his family as much as he did for himself because the reality is his family will be there for him through this part of his life, however long it takes, as we have always tried to be there for him.


Respectfully,

James Pauta

# Zacatlan Motors
1328 W Holt Blvd Ontario, CA 91762
Phone (909) 984-7090. Fax: (909) 984-95670

To the Honorable Judge Janis L. Sammartino:

My name is Cesar Charolet, owner of Zacatlán Motors a dealer of used cars, who have known García family for more than 45 years now. They have bought us cars along these years, so we have had the pleasure to meet with Rubén García León and his wife, and his good son Andre.

I'm writing this letter because I would like to express the concern and surprise that I felt when I was informed of what happened to Ruben Andre Garcia, because I, as a person who is witness of the values, moral and education taught to him since he was a little boy, couldn't believe that he is considered guilty of a crime of such magnitude.

Based on the facts and on how close I am to the family; I truly believe that he is more of a victim than a criminal. Victim of the pressure and influence of bad people, so I truly believe that he deserves to be heard and therefore, a second chance to be integrated again to the society.

Truly yours,

Cesar Charolet.

**Tuesday June 8, 2021**

**To:** Whom It May Concern

**Re:** Ruben Andre Garcia

Blessings,

My name is Clifton Ellis, and I have been a friend of Andre for nearly 15 years. Since then, I have known him to be an extremely respectful and polite individual. Although we are not related, I have come to consider him like a younger brother to me.

We have spent time as roommates in the past, and since then I have personally witnessed the beginning of a positive transformation within him, prior to the associated matters. Due to his rate of growth in his maturity, three years ago I chose to bless him with the responsibility of being a godfather to my daughter.

I do believe Andre is very aware of the effects of the choices made in life, and that he is a person of responsibility. As a small-business owner and a happily married father of two, he will always be able to count on me as a mentor and a friend.

Thank you for your time.
Sincerely,

Clifton Ellis

Antonio Berroa
455 W. Briar Place, Suite #2
Chicago, IL 60601
718-772-7668
Antonio.Berroa@GMail.Com

To whom This May Concern,

My Name is Antonio Berroa, and I am The Area Information Technology Director for the Hyatt Regency Chicago. I moved to Chicago in 2018 from New York City.

I have known Ms. Carrera since I move to Chicago from New York. Ms. Carrera is a loving and caring Mother.

As a parent of two adult children, I do understand Ms. Carrera needs to have her Son Ruben home where he belongs.

Date: 6/8/2021

Antonio Berroa