UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>RUBEN ANDRE GARCIA (3),<br>　　aka "Jonathan,"<br><br>　　　　Defendant. | Case No. 19CR4488-JLS<br><br>**RESTITUTION ORDER**<br><br>**REDACTED** |
|---|---|

　　　Defendant Ruben Andre GARCIA appeared before the Court for sentencing on June 14, 2021, for sex trafficking by force, fraud, and coercion, in violation of 18 U.S.C. §§ 1591(a)(1) and (a)(2), and conspiracy to commit sex trafficking by force, fraud, and coercion, in violation of 18 U.S.C. § 1594(c). The Court sentenced GARCIA to 240 months custody per count to run concurrent on each count.

　　　The United States has sought restitution for the victims of the offenses based upon 18 U.S.C. § 1593. Restitution is mandatory under Section 1593, and orders of restitution under Section 1593 are issued and enforced in accordance with Section 3664 and in the same manner as an order under Section 3663A. 18 U.S.C. § 1593(b)(2). The amount of loss and causation must be proven by the government by a preponderance

of the evidence. *United States v. Eyraud*, 809 F.3d 462, 467 (9th Cir. 2015).

The Court held a restitution hearing on October 8, 2021, and December 10, 2021, pursuant to 18 U.S.C. § 3664(d)(5). The government presented evidence of the losses incurred by the victims in its Motion Regarding Restitution and supporting materials. The government's evidence was not disputed by GARCIA.

Based upon all the files and records in this case, for which the Court takes judicial notice, and in consideration of the government's Motion Regarding Restitution, and supporting materials, the Court finds that the government has proven by a preponderance of the evidence that the restitution sought by the government is appropriate pursuant to 18 U.S.C. § 1593. The Court makes the following factual findings and orders the restitution set forth below.

**FINDINGS OF FACT**

1. On December 17, 2020, GARCIA pled guilty to counts one and seven of the indictment charging defendant with one count of conspiracy to commit sex trafficking, in violation of 18 U.S.C. § 1594(c), and one count of sex trafficking by force, fraud, or coercion, in violation of 18 U.S.C. §§ 1591(a)(1) and (2).

2. Beginning in approximately 2013 and continuing up to October 2019, GARCIA participated in a conspiracy with Michael James Pratt, Matthew Isaac Wolfe, Theodore Wilfred Gyi, Valerie Moser, and others, to recruit Victims 1-5, as identified in the Indictment, and others, to engage in commercial sex acts using force, fraud and coercion. Those sex acts were ultimately posted on Girlsdoporn.com (GDP) and girlsdotoys.com (GDT). GDP and GDT charged visitors a subscription fee

to access the websites' content. The GDP and GDT websites generated millions of dollars in revenue for its owners.

3. Throughout the conspiracy, GDP and GDT received millions of views. To promote the websites, video content from both sites was posted on free porn sites such as pornhub.com, one of the world's most visited websites. The videos from GDP and GDT posted on pornhub.com were often viewed millions of times according to pornhub's view counters.

4. From approximately 2013 to October 2019, GARCIA was employed at GDP. GARCIA recruited women to appear in videos for GDP/GDT and appeared as the male actor in the videos for GDP. GARCIA was paid a commission for each woman that he recruited on top of an hourly rate for his employment.

5. To recruit victims to appear in videos for the websites, GARCIA lied to the victims and told them that the videos would never be posted on-line, that the videos would never be released in the United States, and that no one who knew the women would ever find out about the video, representations that Defendant and other members of the conspiracy knew were false. Hundreds of women from various cities throughout the United States and Canada were recruited to appear in videos based upon these material misrepresentations. GARCIA and his co-conspirators illegally obtained the images and videos of the victims using force, fraud, and coercion.

6. There are hundreds of victims in this case who have been and continue to be victimized by the posting and viewing of the GDP and GDT images and videos. The victims are identified in the attached Exhibit A to this order, which shall remain under seal, except for redacted

copies to be provided to individual victims identified therein who seek to enforce the terms of this order.

7. The victims in this case have incurred the losses set forth in the Government's Motion Regarding Restitution and supporting materials. The losses include medical expenses, counseling expenses, lost income, unused tuition, and legal fees. The victims will also incur expenses in the future, including for medical and psychological care, as set forth in the government's motion.

8. The gross income of the victims' services generated from the scheme, as defined by 18 U.S.C. § 1593(b)(3), was $16,922,798. This equates to $42,097 per victim identified in Attachment A.

**RESTITUTION**

Accordingly, IT IS HEREBY ORDERED:

**A.  Return of the Rights to the GDP and GDT Videos and Images to Victims**

1. Defendant Ruben Andre GARCIA, aka "Jonathan," has no right to use, publish, or otherwise exploit GirlsDoPorn (GDP) or GirlsDoToys (GDT) images, likenesses, or videos;

2. All purported model releases and other agreements between GDP and/or GDT and its models purporting to give GDP and/or GDT the right to use, publish, or otherwise exploit its models' images, likenesses, or videos are void and unenforceable;

3. All transfers, licenses, or leases of the right to use, publish, or otherwise exploit the models' images, likenesses, or videos by GDP and/or GDT to any third parties are void;

4

4. Each model listed in Attachment A holds superior right, title, and interest in the images, likenesses, and videos depicting that model produced by GDP and/or GDT; and

5. Each model listed in Attachment A shall have and recover all property that GDP and/or GDT took from them, including images, likenesses, videos, and copyrights.

**B.   Return of the Gross Income from the Scheme to the Victims**

Defendant Ruben Andre GARCIA, aka "Jonathan," is ordered to repay to the victims the gross income generated from the scheme in the amount of $42,097 per victim identified in Attachment A for a total of $16,922,798.

**C.   Restitution of Specified Victim Losses**

Defendant Ruben Andre GARCIA, aka "Jonathan," is further ordered to pay restitution to the victims of this offense in the amounts set forth below:

| Victim | Total Restitution |
|---|---|
| ███ | $8,200 |
| ███ | $37,562 |
| ███ | $20,000 |
| ███ | $200 |
| ███ | $62,434.88 |
| ███ | $41,644.47 |
| ███ | $92,529 |
| ███ | $127,610 |
| ███ | $600 |
| ███ | $14,080 |
| ███ | $27,840.04 |
| ███ | $8,229 |
| ███ | $6,476 |
| ███ | $43,940.48 |
| ███ | $15,000 |

| | |
|---|---|
| ███████ | $157.400 |
| ███████ | $52,472 |
| ███████ | $316,640 |
| ███████ | $2,523 |
| ███████ | $5,080 |
| ███████ | $750 |
| ███████ | $6,582 |
| ███████ | $2,938 |

IT IS SO ORDERED.

DATED: _____12/14/2021_____

*Janis L. Sammartino*
Hon. JANIS L. SAMMARTINO
United States District Judge