PAYAM FAKHARARA
California State Bar Number 330336
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, CA   92101-5008
Telephone: (619) 234-8467
___ Retained   _X_ Appointed

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. Janis L. Sammartino         Court Reporter Gayle Wakefield

| UNITED STATES OF AMERICA, | ) | No. 19-CR-4488-JLS-3 |
| (Appellee) Plaintiff, | ) | |
| | ) | **NOTICE OF APPEAL (CRIMINAL)** |
| vs. | ) | |
| | ) | |
| RUBEN ANDRE GARCIA, | ) | |
| (Appellant) Defendant. | ) | |

   Notice is hereby given that, Appellant-Defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:

( ) final judgment (F. R. Crim. P. 32(b))

( ) sentence only (18 U.S.C. ' 3742) Sentence imposed _____.

(X) order (describe): Order on Motion for Reduction of Sentence, dkt. 421.

the last of which was entered in this proceeding on the  17th  day of  July  2024.

If government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. ' 3742(b)(4)? Yes _____ No _____

DATED:  July 31, 2024                    s/ Payam Fakharara
                                         PAYAM FAKHARARA

Transcripts Required** ___Yes  _X_No    Date Ordered or to be ordered: _____

Date (X) Indictment  ( ) Information ( ) Complaint    Filed 11/07/2019

Bail Status   Custody

Will there be a request to expedite the appeal and set a schedule faster than that normally set?  ___Yes  _X_No (Note: This does not alleviate requirement of  FRAP 27-12  a motion to expedite which must be done in accordance with FRAP 27).

_____
  *Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.

**If transcript required, transcript order form (CA9-036 must be completed and court reporter contacted to make arrangements for transcription.